# CASE ANNOUNCEMENTS

*May 13, 2010*

[Cite as *05/13/2010 Case Announcements #2*, 2010-Ohio-2077.]

## MOTION AND PROCEDURAL RULINGS

2005–2364.  State v. Perez.
Clark C.P. No. 03–CR–1010. This cause came on for further consideration of appellant's motion for appointment of counsel to file an application for reopening. Upon consideration thereof,

It is ordered by the court that the motion is granted and that Luigia Tenuta of Columbus, Ohio, is appointed to represent appellant in this case for the purpose of filing an application for reopening.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2009–0866.  State ex rel. Kobly v. Youngstown City Council.
In Mandamus.